In the Matter of the Claim of BESSIE LEE CLIFFORD, Respondent, against THE MARINE TRUST COMPANY OF BUFFALO.

THE OCEAN ACCIDENT & GUARANTEE CORP., LTD., Appellant; GLOBE INDEMNITY INSURANCE COMPANY and STATE INDUSTRIAL BOARD, Respondents.

In the Matter of the Claim of OLGA H. YARRINGTON, Respondent, against THE MARINE TRUST COMPANY OF BUFFALO.

THE OCEAN ACCIDENT & GUARANTEE CORP., LTD., Appellant; GLOBE INDEMNITY INSURANCE COMPANY and STATE INDUSTRIAL BOARD, Respondents.

(Argued October 2, 1928; decided October 16, 1928.)

*Everett F. Warrington* for appellant.

*F. A. W. Ireland, William S. Pendleton* and *Chester McNeil* for Globe Indemnity Insurance Company, respondent.

*Albert Ottinger, Attorney-General* (*E. C. Aiken* of counsel), for State Industrial Board, respondent.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.